IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CASSIDY WINTERS,<br><br>Defendant. | CR 15-58-GF-BMM<br><br>ORDER |

Cassidy Winters ("Winters") filed a Motion for Early Termination of Supervised Release on May 20, 2021. (Doc. 40.) The United States Attorney opposed the Court granting Winters's Motion. (Doc. 43.) The Court conducted a hearing on the motion on May 25, 2021. (Doc. 44.) The Court determined that it would grant Winters's motion for early termination if he continued to comply with the terms of his supervised release until January 23, 2022. (*Id.*) For the reasons below, the Court now grants Winters's motion.

Winters pleaded guilty to possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5). (Doc. 20.) The Court sentenced Winters to the Bureau of Prisons on December 9, 2016, for a term of 28 months, followed by ten years of supervised release. (Doc 37.) Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the

1

defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Winters's supervised release. Winters has been under supervision without incident for 42 months. Winters began supervised release on July 23, 2018. There is no indication in the record that Winters violated or had any problems with his supervision. Winters has successfully completed treatment and counseling. These treatment successes, in conjunction with Winters's compliance with the terms of his supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Winters's Motion for Early Termination of Supervised Release (Doc. 40) is **GRANTED**.

2. Winters is **DISCHARGED** from supervised release.

DATED this 25th day of January, 2022.

Brian Morris, Chief District Judge
United States District Court